UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
Eastern Division

Elkin Carmona, et al.
                                    Plaintiff,

v.                                                      Case No.: 1:15−cv−08362
                                                        Honorable Joan B. Gottschall

Professionals, Inc., The, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 7, 2018:

MINUTE entry before the Honorable Joan B. Gottschall: Upon consideration of the settlement agreement sent to chambers, the plaintiffs' agreed motion for approval of settlement agreement and dismissal of plaintiffs' claims [66] is granted. Plaintiffs' claims are dismissed with prejudice. The parties will bear their own costs. The motion hearing set for 2/9/18 is stricken. No appearance required. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.